UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    CR. NO.  04-50044

v.

                                     HON.  THOMAS L. LUDINGTON

MUKUNDA DEV MUKHERJEE,

        Defendant.
_____/

## APPEARANCE

To the Clerk of the Court and all parties of record:

I enter my appearance as Counsel in this case pursuant to the Standing Order regarding review of eligibility for sentence reductions under Amendment 821 to the U.S. Sentencing Guidelines.  I certify that I am admitted to practice in the Court.

                                                  Respectfully submitted,

                                                  **FEDERAL DEFENDER OFFICE**

                                                  s/ Benton Martin
                                                  Attorney for Defendant
                                                  613 Abbott Street, Suite 500
                                                  Detroit, Michigan  48226
                                                  313-967-5832
                                                  E-mail: benton_martin@fd.org

Date: March 12, 2024